IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-08806 <br><br> **Judge Matthew F. Kennelly** <br><br> **Magistrate Judge Jeffrey Cummings** |

### PLAINTIFFS' *EX PARTE* MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

Plaintiffs seek to extend the Temporary Restraining Order granted and entered by the Court on September 18, 2023 [20], by a period of fourteen (14) days until October 16, 2023. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated this 26th day of September 2023.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiffs*
*Luxottica Group S.p.A., Oakley, Inc. and Costa Del Mar, Inc.*